1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EZEKIEL TRAIVON BONDS,

                            Plaintiff,

        v.

BRANDT et al.,

                            Defendants.

CASE NO. 3:22-cv-05490-DGE

ORDER ADOPTING REPORT AND
RECOMMENDATION (DKT. NO. 16)

On July 5, 2022, Plaintiff, proceeding pro se and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983.  (Dkt. No. 1).  The Court reviewed and screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A.  (Dkt. No. 12.)  The Court found that Plaintiff failed to state a claim upon which leave could be granted but provided Plaintiff with leave to amend his complaint.  (*Id.* at 1.)  On August 15, 2022, Plaintiff filed an amended complaint.  (Dkt. No. 13.)

On September 16, 2022, United States Magistrate Judge David W. Christel, finding that Plaintiff did not state a claim upon which relief could be granted and that Plaintiff should not be given additional leave to file another amended complaint, issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint and this action be dismissed without prejudice.  (Dkt. No. 16.)  Plaintiff did not object to Judge Christel's R&R.

The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of United States Magistrate Judge David W. Christel (Dkt. No. 16), and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's complaint is DISMISSED without prejudice for failure to state a claim upon which relief can be granted, and the Clerk is directed to close this case.

(3) As Plaintiff failed to state a claim upon which relief can be granted, the Court finds this case is a "strike" under 28 U.S.C. § 1915(g).

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 14th day of October, 2022.

David G. Estudillo
United States District Judge